NIKOLA T. HANNA
United States Attorney
DOROTHY SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTE LEONE
Assistant United States Attorney
Chief, General Civil Section
Jean M. Turk CA State Bar No.: 131517
Special Assistant United States Attorney
Assistant Regional Counsel
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
E-mail: jean.turk@ssa.gov

Attorneys for Defendant
NANCY A. BERRYHILL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH THORNTON, ) | CASE NO. CV 17-7271 JC |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| NANCY A. BERRYHILL Acting, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY ADJUDGED that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment and the concurrently issued Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED

DATED:   January 17, 2018

                                                                /s/
                                       HON. JACQUELINE CHOOLJIAN
                                       UNITED STATES MAGISTRATE JUDGE